

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00778-CV

Comfort **ROBERTS**,
Appellant

v.

**LLOYD DOUGLAS ENTERPRISES INC.**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-12260
Honorable Solomon Casseb, III, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED AS MOOT. Costs are assessed against the party that incurred them.

SIGNED February 12, 2014.

_____
Sandee Bryan Marion, Justice